# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITTIER BUCHANAN, | CASE NO. 1:08-cv-01174-AWI-GSA PC |
| Plaintiff, | ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |
| v. | |
| A. SANTOS, et al., | (Doc. 13) |
| Defendants. | |

Plaintiff Whittier Buchanan, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 11, 2008. On May 9, 2009, the Magistrate Judge issued an order finding that Plaintiff's complaint states a claim against Defendant Santos for use of excessive force in violation of the Eighth Amendment and against Defendant Mendoza for retaliation in violation of the First Amendment, but does not state any other claims. 28 U.S.C. § 1915A. Plaintiff was given the option of either filing an amended complaint curing the deficiencies in his claims or notifying the Court of his willingness to proceed only on his cognizable claims. On May 22, 2009, Plaintiff filed a notice stating his willingness to proceed only on his cognizable excessive force and retaliation claims.

Accordingly, it is HEREBY ORDERED that:

1. This action for damages shall proceed on Plaintiff's complaint filed August 11, 2008, against Defendant Santos for use of excessive force in violation of the Eighth Amendment and against Defendant Mendoza for retaliation in violation of the First Amendment;

2. Plaintiff's Eighth Amendment and retaliation claims, except for those identified above, are dismissed for failure to state a claim upon which relief may be granted;

3. Defendants Collins, Yates, Garrison, Duty, Reyes, and McBryde are dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted against them under section 1983; and

4. This matter is referred back to the Magistrate Judge to initiate service of process proceedings.

IT IS SO ORDERED.

Dated:   **June 8, 2009**                    /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE