UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITTIER BUCHANAN,<br><br>               Plaintiff,<br><br>   v.<br><br>A. SANTOS, et al.,<br><br>              Defendants. | CASE NO. 1:08-cv-01174-AWI-GSA PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Whittier Buchanan, a state prisoner proceeding pro se and in forma pauperis. Pursuant to the order filed on June 8, 2009, this action is proceeding on Plaintiff's complaint filed August 11, 2008, against Defendant Santos for use of excessive force in violation of the Eighth Amendment and against Defendant Mendoza for retaliation in violation of the First Amendment.[1]  28 U.S.C. § 1915A.

Accordingly, it is HEREBY ORDERED that:

1.     Service is appropriate for the following defendants:

**C/O A. SANTOS**

**C/O MENDOZA**

///

///

---

[1] Plaintiff's Eighth Amendment and retaliation claims, except for those identified above, were dismissed for failure to state a claim upon which relief may be granted; and Defendants Collins, Yates, Garrison, Duty, Reyes, and McBryde were dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted against them under section 1983.

1

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed August 11, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Three (3) copies of the endorsed complaint filed August 11, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **June 9, 2009**            /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE