1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6          FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8  WHITTIER BUCHANAN,                1:08-cv-01174-AWI-GSA-PC

9          Plaintiff,                ORDER FOR CLERK TO RETURN
                                     DISCOVERY DOCUMENTS TO
10     vs.                           DEFENDANT
                                     (Doc. 55.)
11  A. SANTOS, et al.,
                                     ORDER CLOSING DISCOVERY
12          Defendants.

13  _____/

14          Whittier Buchanan ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action

15  pursuant to 42 U.S.C. § 1983.  This action now proceeds on Plaintiff's original Complaint, filed on

16  August 11, 2008, against Correctional Officer A. Santos ("Defendant"), for use of excessive force, in

17  violation of the Eighth Amendment.[1]  (Doc. 1.)

18          On October 12, 2010, Plaintiff filed a motion to compel production of documents from

19  Defendant.  (Doc. 47.)  On May 26, 2011, the Court entered an order granting in part Plaintiff's motion

20  to compel, finding that Plaintiff was entitled to documents from Defendant's personnel file concerning

21  allegations of use of excessive force, falsification of information, or planting of evidence by Defendant.

22  (Doc. 52.)  The Court ordered Defendant to submit to the Court, under seal for *in camera* review, all

23  documents found in Defendant's California Department of Corrections and Rehabilitation ("CDCR")

24  personnel file concerning any allegations of use of excessive force, falsification of information, or

25  _____

26          [1]On June 8, 2009, the Court dismissed defendants Collins, Yates, Garrison, Duty, Reyes, and McBryde from this
    action, based on Plaintiff's failure to state any claims against them.  (Doc. 15.)  On June 8, 2010, the Court dismissed
    defendant Mendoza from this action via defendants' motion to dismiss, based on Plaintiff's failure to exhaust administrative
27  remedies.  (Doc. 44.)  Therefore, defendant Santos is the only defendant remaining in this action.

28                                        1

1  planting of evidence by Defendant, relating to incidents occurring before October 23, 2007, but not

2  further back than October 23, 2002, with certain confidential information redacted.  Id.  On June 28,

3  2011, the Court received a redacted copy of Defendant's entire CDCR personnel file, under seal, for *in*

4  *camera* review.  (Doc. 55.)

5          The Court has thoroughly examined each document contained in Defendant's personnel file and

6  finds no documents concerning allegations of use of excessive force, falsification of information, or

7  planting of evidence by Defendant Santos.   As a result, the Court concludes that Plaintiff is not entitled

8  to production of any of the documents submitted to the Court for *in camera* review.   Accordingly, the

9  Court shall direct the Clerk to return the discovery documents to Defendant.

10         Based on the foregoing, IT IS HEREBY ORDERED that:

11    1.      The Clerk is HEREBY DIRECTED to return the discovery documents, received by the

12            Court on June 28, 2011 for *in camera* review, to Defendant; and

13    2.      Discovery is now closed in this action.

14

15     IT IS SO ORDERED.

16   **Dated:   March 22, 2012**          **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28                                    2