# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITTIER BUCHANAN, | 1:08-CV-1174-AWI GSA PC |
| Plaintiff, | **ORDER REQUIRING PARTIES TO NOTIFY THE COURT WHETHER THEY WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION WITHIN TEN DAYS** |
| v. | |
| A. SANTOS, | |
| Defendant. | **ORDER DIRECTING CLERK OF COURT TO SEND CONSENT FORMS TO THE PARTIES** |

Plaintiff Whittier Buchanan is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The court has issued its Pretrial Order and this action will soon be ready for trial.

On August 6, 2012, the undersigned held a telephonic conference with the parties. The parties were told that the undersigned has a conflicting trial during the time frame scheduled for this trial. The parties and the court then discussed the availability of a United States Magistrate Judge to conduct trial in this action. Plaintiff expressed some concern with Magistrate Judge Gary Austin officiating over any trial because he previously conducted the parties' settlement conference. At the hearing, Plaintiff was assured that a Magistrate Judge other than Magistrate Judge Austin could conduct the trial in the event the parties consented because it is the court's policy to not have the same judge conduct the settlement conference and trial. Four other United States Magistrates are available to conduct the trial in this action.

1          To further clarify for the parties, the court informs the parties that several United States
2  Magistrate Judges are available to conduct trial in this action, including entry of final judgment,
3  pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule
4  73-305.  Any appeal from a judgment entered by a United States Magistrate Judge is taken
5  directly to the United States Court of Appeal for the Ninth Circuit.
6          Because of the extraordinarily high case load in this district, this court has United States
7  Magistrate Judges conduct trials in civil rights actions concerning prison conditions whenever
8  possible.  Having a Magistrate Judge preside over the trial makes it far more likely a case will
9  proceed on the scheduled trial date, and the trial will not be delayed by other matters.  While
10 consenting to Magistrate Judge jurisdiction will most likely expedite resolution of this action,
11 you are hereby advised that no adverse substantive consequences will result if you withhold
12 consent.
13         The court shall direct the Clerk of the Court to provide all parties with consent/decline
14 forms.  Within ten (10) days from this order's date of service, the parties shall inform the court
15 whether they consent to or decline Magistrate Judge Jurisdiction by filling out the forms and
16 returning them to the court.
17         Accordingly, the court HEREBY ORDERS as follows:
18 1.      The Clerk of the Court is DIRECTED to send the parties the consent/decline form
19         that will allow the parties to consent to or decline Magistrate Judge Jurisdiction;
20         and
21 2.      Within **ten (10) days** from this order's date of service, the parties are ORDERED
22         to notify the court whether they will consent to or decline Magistrate Judge
23         jurisdiction by filling out the enclosed consent/decline form and returning it to the
24         court.
25 IT IS SO ORDERED.

26 Dated:    August 13, 2012
27                                                  CHIEF UNITED STATES DISTRICT JUDGE
28