**FILED**

DEC 04 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITTIER BUCHANAN, | 1:08-cv-01174-LJO-GSA-PC |
| Plaintiff, | NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED (Doc. 97.) |
| v. | |
| CORRECTIONAL OFFICER A. SANTOS, | |
| Defendant. | |
| | As to Whittier Buchanan, CDC# K-02554 |

Jury trial in this matter commenced on December 4, 2012, at 8:30 a.m, and inmate witness Whittier Buchanan has given testimony before the court. Inmate witness Whittier Buchanan, CDC# K-02554, is no longer needed by the court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate, issued on November 6, 2012, is HEREBY DISCHARGED.

DATED: 12-4-12

_____
U. S. DISTRICT JUDGE LAWRENCE J. O'NEILL